IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHANDLER RYAN MOORE,<br><br>     Plaintiff,<br><br>v.<br><br>SUPERIOR COURT OF CHEROKEE COUNTY GEORGIA,<br><br>     Defendant. | PRISONER CIVIL RIGHTS<br>42 U.S.C. § 1983<br><br><br>CIVIL ACTION FILE NO.<br>1:19-cv-0585-WMR-JKL |

## **ORDER**

Plaintiff, confined in the Cherokee County Detention Center in Canton, Georgia, submitted a "Complaint Addendum" that the Clerk has docketed as a new civil rights action. [Doc. 1.] The Court determines that this document should be filed under the docket number assigned to Plaintiff's prior filed and currently pending civil rights action. *See Moore v. Cherokee County Superior Court*, No. 1:19-CV-0292-WMR-JKL (N.D. Ga. filed January 14, 2019). The Court may issue an order "to avoid unnecessary cost or delay" as to multiple actions "involv[ing] a common question of law or fact . . . ." Fed. R. Civ. P. 42(a)(3). Accordingly, it is appropriate to administratively close the present case and resolve the matter in Plaintiff's earlier-filed case.

For the reasons stated above, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** the present case and file Document 1 in *Moore v. Cherokee County Superior Court*, No. 1:19-CV-0292-WMR-JKL (N.D. Ga. filed January 14, 2019).

The Clerk is **FURTHER DIRECTED** to terminate the reference to the undersigned in the present case.

**SO ORDERED** this 5th day of February, 2019.

_____
JOHN K. LARKINS III
UNITED STATES MAGISTRATE JUDGE